**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **JAMES HERRINGTON** | : | **CASE NO. 1:22-cv-03428** |
| **VERSUS** | : | **JUDGE DONALD E WALTER** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 27], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 27] be **ADOPTED**. Accordingly, the Motion to Dismiss [doc. 18] is **GRANTED**, and all claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 8th day of January, 2024.

_Donald E. Walter_
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE